No. 694. INSURANCE COMPANY OF NORTH AMERICA, PETI-

TIONER, *v.* STEAMSHIP WESTMINSTER, ETC. May 31, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Horace L. Cheyney* and *Mr. Jno. F. Lewis* for petitioner. *Mr. J. Parker Kirlin* for respondent.